SHIRLEY LEVY, Appellant, *v.* BOARDWALK SKATING RINK, INC., Respondent.

Submitted January 12, 1948; decided January 15, 1948.

*Arthur S. Gales* for motion to dismiss appeal and in opposition to plaintiff's motion.

*Isaac M. Rothenberg* for motion for leave to appeal as poor person and in opposition to defendant's motion.

Motion to dismiss appeal denied, without costs.

Motion to prosecute appeal as poor person granted.